STATE *v.* INA KOESTER.

(*October* 12, 1931.)

PENNEWILL, C. J., RICE and RODNEY, J. J., sitting.

*Reuben Satterthwaite, Jr.,* Attorney-General, *Charles F. Richards* and *David J. Reinhardt, Jr.,* Deputy Attorneys-General, for the State.

*Percy Warren Green* and *C. Edward Duffy* for the defendant.

Court of Oyer and Terminer for New Castle County, September Term, 1931.

PENNEWILL, C. J.: The objection is sustained.